IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:06CR407
                               )
      v.                       )
                               )
KEVIN H. ALFORD,               )      ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to suppress (Filing No. 9), and the report and recommendation of the magistrate judge (Filing No. 25) recommending that said motion be denied. No objections have been filed thereto. The Court has reviewed the motion, the transcript of the hearing (Filing No. 22), together with the briefs of the parties (Filing Nos. 15, 17, 23 and 24), and finds the report and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's motion to suppress is denied;

3) Trial of this matter is scheduled for:

**Tuesday, May 29, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the

Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between April 30, 2007, and May 29, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 30th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court