IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR407 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN H. ALFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court on defendant's motion to continue trial (Filing No. 27). Defendant wishes to pursue plea negotiations with the government. The Court notes defendant has filed a written waiver of speedy trial (Filing No. 28). Accordingly,

     IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, June 25, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time is necessary for the parties to pursue plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 29, 2007, and June 25, 2007, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court