UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR407 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN ALFORD, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 49).  The Court has reviewed the record in this case and finds as follows:

1.  On July 23, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 856(a)(1), 856(a)(2), 853, Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, 2461(c), based upon the defendant's plea of guilty to Counts I, II, III and IV of the Information filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest in a Raven Arms .25 caliber pistol, serial number 1672177, a Sontheim-Brenz .22 caliber revolver, serial number 142573, a Miroko .38 caliber revolver, serial number 9687, and $3,831.55 in United States currency, were forfeited to the United States.

2.  On August 16, 23 and 30, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their

alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on September 28, 2007 (Filing No. 48).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Raven Arms .25 caliber pistol, serial number 1672177, the Sontheim-Brenz .22 caliber revolver, serial number 142573, the Miroko .38 caliber revolver, serial number 9687, and $3,831.55 in United States currency, held by any person or entity, are hereby forever barred and foreclosed.

C. The Raven Arms .25 caliber pistol, serial number 1672177, the Sontheim-Brenz .22 caliber revolver, serial number 142573, the Miroko .38 caliber revolver, serial number 9687, and $3,831.55 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 3rd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court