IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR407 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN H. ALFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Having been advised by the Office of the United States Marshal that the Bureau of Prisons needs additional time to designate a facility for defendant,

IT IS ORDERED that the date for defendant to self-report is rescheduled for:

**Monday, February 25, 2008,**

on or before 2 p.m.

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court